IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 22-cv-6684 |
| ROBERT L. MURRAY, JR., | )<br>)<br>) HON. MARY M. ROWLAND |
| Defendant. | )<br>) |

## STATUS REPORT

Pursuant to the Court's Order dated January 13, 2025 (*see* Dkt. No. 30) (the "January 13 Order"), Plaintiff United States Securities and Exchange Commission ("SEC") respectfully submits the following status report:

1. In the Court's January 13 Order, the Court directed the SEC to report on the status of the parallel criminal matter (*see U.S. v. Murray,* Case No. 22-cr-643 (N.D. Ill.) (the "Criminal Matter")) and the status of settlement discussions in this case. This case has been stayed since February 2023 (*see* Dkt. No. 16) in light of the Criminal Matter.

2. According to the docket in the Criminal Matter, on January 14, 2025, Murray pled guilty to one count of wire fraud (the "Guilty Plea"). *See* Dkt. No. 49 in the Criminal Matter.

3. According to the docket in the Criminal Matter, Murray's sentencing hearing is scheduled for April 30, 2025 before Judge Shah. *See* Dkt. 64 in the Criminal Matter.

4. As the SEC reported to this Court in the prior status report submitted in January 2025 (*see* Dkt. No. 29), the SEC's counsel and Murray's attorney in the Criminal Matter

1

previously have discussed the possibility of settling this case once Judge Shah sentences Murray in the Criminal Matter.

5. Neither the SEC's counsel nor any SEC staff member has the authority to settle this case; rather, the SEC staff may recommend a settlement to the SEC's Commissioners, and the SEC's Commissioners then decide whether or not to settle the case. Only the SEC's Commissioners, and not SEC staff members, have the authority to settle the case.

6. Immediately after Murray's April 30, 2025 sentencing in the Criminal Matter, the SEC's counsel will reach out to Murray's attorney in the Criminal Matter to discuss the possibility of settlement of this case. If settlement discussions between the SEC's counsel and Murray's attorney in the Criminal Matter do not indicate a near-term prospect of settling this case, then the SEC will seek to bring a resolution to this case on a non-consensual basis.

7. No later than May 16, 2025 -- or as otherwise ordered by the Court – the SEC will file an additional status report. In that status report, the SEC's counsel will inform the Court about the status of post-sentencing settlement discussions between the parties. If the SEC's counsel does not believe that there is a near-term prospect of settling this case based on those settlement discussions, then the SEC's counsel will propose to the Court a plan for resolving this case on a non-consensual basis.

Dated: April 15, 2025

Respectfully submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

By: */s/ Eric M. Phillips*
Eric M. Phillips (IL No. 6237871)
175 West Jackson Blvd., Suite 1450
Chicago, IL 60604
Telephone: (312) 353-7390

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 15, 2025, I electronically filed the foregoing document(s) with the clerk of court for the U.S. District Court, Northern District Illinois, using the electronic case filing system of the court.

    I also caused the following parties to be served via email:

Robert L. Murray
Email: murrayhawaii@gmail.com

                            */s/ Eric M. Phillips*
                            Eric M. Phillips