# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Securities and Exchange Commission  
                         Plaintiff,

v.                                              Case No.: 1:22−cv−06684  
                                              Honorable Mary M. Rowland

Robert L. Murray Jr.  
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Status hearing held. Plaintiff reports on the status of the case. Plaintiff is working on locating defendant. Status report due by 8/15/25 indicating if he was able to locate defendant, and whether a settlement is possible. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.