IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) Plaintiff, ) ) v. ) ) ROBERT L. MURRAY, JR., ) ) ) Defendant. ) ) | CASE NO. 22-cv-6684 HON. MARY M. ROWLAND |

## STATUS REPORT

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully submits this status report, as ordered by the Court in its August 19, 2025 minute order (*see* Dkt. No. 39) (the "August 19 Minute Order"). The SEC states as follows:

1. This case has been stayed in light of a related criminal case, *United States v. Murray*, 22-cr-643 (N.D. Ill.) (the "Criminal Matter").

2. As the SEC previously reported (*see* Dkt. No. 33), in the Criminal Matter, Judge Shah's April 30 sentencing of Murray included a 24-month prison sentence. (*See* Dkt. No. 76 in the Criminal Matter). As part of the sentencing, Judge Shah remanded Murray to the custody of the U.S. Bureau of Prisons. (*Id.*).

3. The SEC previously has advised the Court that the SEC's counsel has had difficulty in locating and contacting Murray after his April 30 sentencing in the Criminal Matter. (*See* Dkt. Nos. 35, 38). However, on September 18, 2025, the SEC's counsel was able to speak by telephone with Murray, who is currently incarcerated at a State of Alaska Department of Corrections ("Alaska DOC") facility, awaiting trial on state charges.

1

4.      During this September 18, 2025 telephone call, Murray indicated that he was interested in settling this case. Accordingly, the SEC's counsel is in the process of sending draft settlement papers to Murray. The SEC's counsel will then schedule another call with Murray to ascertain whether the proposed settlement is acceptable to Murray. If Murray accepts the SEC staff's settlement proposal, the SEC staff will proceed with a settlement recommendation to the SEC's Commissioners. While members of the SEC staff can recommend settlement to the SEC's Commissioners, only the SEC's Commissioners have the authority to decide whether or not to settle an SEC enforcement case.

5.      Because of the challenges the SEC's counsel has faced in communicating with Murray, the SEC's counsel believes it may take several weeks for the SEC to communicate the SEC staff's settlement proposal to Murray, and for Murray to respond to the proposal.

6.      By October 24, 2025, or as otherwise ordered by the Court, the SEC will submit an additional status report to the Court in which the SEC will report on whether Murray has agreed to the SEC staff's proposal to settle this case.

Dated: September 24, 2025            Respectfully submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

By: */s/ Eric M. Phillips*
Eric M. Phillips (IL No. 6237871)
175 West Jackson Blvd., Suite 1450
Chicago, IL 60604
Telephone: (312) 353-7390

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2025, I electronically filed the foregoing document(s) with the clerk of court for the U.S. District Court, Northern District Illinois, using the electronic case filing system of the court.

I also caused the following parties to be served via email:

Robert L. Murray
Email: murrayhawaii@gmail.com

                                                       */s/ Eric M. Phillips*
                                                       Eric M. Phillips